**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **BOBBY ROPER,** Individually and on behalf of all others similarly situated | § § § § § § § § § § § § § § | Civil Action No. 3:23-cv-00360 |
| *Plaintiff,* | | |
| v. | | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **SUTHERLAND GLOBAL SERVICES, INC.** | | |
| *Defendant.* | | |

**PLAINTIFF'S UNOPPOSED MOTION TO CORRECT DEFENDANT'S NAME**

Plaintiff Bobby Roper, individually and behalf of all Putative Collective Members (collectively "Plaintiffs") files this Motion to Correct Defendant's name from Sutherland Global Collection Services, Inc. to Sutherland Global Services, Inc.

1. Plaintiff mistakenly used the name Sutherland Global Collection Services, Inc. in paragraphs 1 and 3 of his Original Complaint (ECF No. 1).

2. Defendant should be correctly named Sutherland Global Services, Inc.

3. Plaintiff therefore seeks to correct Defendant's name by changing it from Sutherland Global Collection Services, Inc. to the correct entity—Sutherland Global Services, Inc.

4. Defendant does not oppose this request.

Plaintiff respectfully requests that this Court change Defendant's name from Sutherland Global Collection Services, Inc. to Sutherland Global Services, Inc.

Date:   November 27, 2023               Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:     /s/ *Clif Alexander*
        **Austin W. Anderson**
        Federal I.D. No. 777114
        Texas Bar No. 24045189
        austin@a2xlaw.com
        **Clif Alexander**
        Federal I.D. No. 1138436
        Texas Bar No. 24064805
        clif@a2xlaw.com
        **Lauren E. Braddy**
        Federal I.D. No. 1122168
        Texas Bar No. 24071993
        lauren@a2xlaw.com
        **Alan Clifton Gordon**
        Federal I.D. No. 19259
        Texas Bar No. 00793838
        cgordon@a2xlaw.com
        **Carter T. Hastings**
        Federal I.D. No. 3101064
        Texas Bar No. 24101879
        carter@a2xlaw.com
        101 N. Shoreline Blvd., Suite 610
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys for Plaintiffs***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with Defendant's counsel of record and Defendant is not opposed to the filing of this motion or the relief requested herein.

/s/ *Clif Alexander*
Clif Alexander

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander